UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JOHN LAURIA et al.,

                              Plaintiffs,          **ORDER**
                                                       CV 05-3437 (ADS) (ARL)

      -against-

NEXTEL OF NEW YORK, INC., d/b/a
NEXTEL COMMUNICATIONS et al.,

                              Defendants.
-----------------------------------------------------------X

**LINDSAY, Magistrate Judge:**

      Before the court is the plaintiffs' letter application dated February 17, 2007 seeking to compel responses to its discovery demands and an extension of the discovery deadline. Defendants oppose the application insofar as it seeks to compel responses and consents to an extension of the discovery deadline. <u>See</u> Strasnick Letter, dated February 22, 2007. The application is denied with leave to renew. The parties have not attempted to confer in good faith as required by Rule 2(A)(1) of the undersigned's individual rules and Local Rule 37.3(A). Accordingly, the parties are directed to meet and confer to address the issues raised by the plaintiffs. Finally, the court declines to extend the June 18, 2007 discovery deadline at this time. The parties may renew this request as the deadline approaches. The renewed application shall include a summary of the discovery items to be completed.

Dated: Central Islip, New York            **SO ORDERED:**
       February 28, 2007

                                                      _____/s/_____
                                                    ARLENE R. LINDSAY
                                                    United States Magistrate Judge